## UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

Second Amended Complaint

### CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346

Diane J. McClendon,

Inmate # 497313

(Enter full name of Plaintiff)

vs.

CASE NO: 5:12-cv 657-Oc-10PRL

(To be assigned by Clerk)

FNY Burgess,
a Officer at Lowell
Correctional Intt.
11120 N.W. Gainesville Rd.,
Ocala, Florida 34482-1479

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

FILED 2013 FEB -7 AM 11:11
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA, FLORIDA

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

### I. PLAINTIFF:

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Diane J. McClendon
Inmate Number: #497313
Prison or Jail: Lowell Correctional
Mailing address: Institution 11120
N.W. Gainesville Road
Ocala, Florida 34482-1479

### II. DEFENDANT(S):

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1) Defendant's name: FNY Burgess
    Official position: et al officer
    Employed at: Lowell Correctional
    Mailing address: Institution 11120
    N.W. Gainesville Road
    Ocala, Florida 34482-1479

(2) Defendant's name: N/A
    Official position:
    Employed at:
    Mailing address:

(3) Defendant's name: N/A
    Official position:
    Employed at:
    Mailing address:

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

2

NOTE: THE COURT WILL NOT REVIEW THE COMPLAINT UNLESS THE
FOLLOWING QUESTIONS HAVE BEEN ANSWERED IN FULL.

### III.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.

### IV.  PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE ALL PRIOR CIVIL CASES
MAY RESULT IN THE DISMISSAL OF THIS CASE.

A. Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?

Yes( )   No(✓)

1. Type of action (civil rights, habeas corpus, etc.): Civil rights/Second Amended Complaint
2. Parties to previous action:
   a. Plaintiff(s): Diane J. McClendon
   b. Defendant(s): FNY Burgess, et al
3. County and judicial circuit: Middle District Ocala, Florida 34475-6666
4. Case docket #: 5:12-cv-657-Oc-10PRL
5. Approximate filing date: December 6, 2012
6. If not still pending, date of dismissal: January 30, 2013
7. Basis of dismissal: failure to comply within the allotted time.
8. Facts and claims of case: 30 day of April inmate 1/47313 McClendon in a fight when officer kick me in the face broke my nose

(Attach additional pages as necessary to list state court cases.)

B. Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

Yes( )  No(✓)

1. Type of action (civil rights, habeas corpus, etc.): Second Amended complain

2. Parties to previous action:

   a. Plaintiff(s): Diane Jacquelyn McClendon

   b. Defendant(s): FNY Burgess et al

3. District and judicial division: Middle

4. Case docket #: 5:12-cv-657-OcHPRL5.  Approximate filing date: 12-06-2012

6. If not still pending, date of dismissal: January 30, 2013

7. Basis of dismissal: failure to comply within the allotted time

8. Facts and claims of case: On the 30 day of April 2012 I was in a fighter officer kick me in the face broke nose,

(Attach additional pages as necessary to list other federal court cases.)

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )  No(✓)

If YES, describe each action in the space provided below. If more than one, describe all additional cases on a separate piece of paper, using the same format as below.

1. Type of action (civil rights, habeas corpus, etc.): N/A

2. Parties to previous action:

   a. Plaintiff(s): N/A

   b. Defendant(s): N/A

4

3. District and judicial division: N/A

4. Case docket #: _____ 5. Approximate filing date: _____

6. If not still pending, date of dismissal: _____

7. Reason for dismissal: N/A

8. Facts and claims of case: N/A

_____

(Attach additional pages as necessary to list cases.)

D. Have you ever had, either while you were incarcerated or while you were not incarcerated, any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes(  )           No(✓)

1. Type of action (civil rights, habeas corpus, etc.): Second Amended

2. Parties to previous action:

   a. Plaintiff(s): Diane J. McClendon

   b. Defendant(s): FNY Burgess, et al

3. District and judicial division: Middle

4. Name of judge: Philip R. Lammens    Case Docket # 5:12-CV-00657 WTH-PRL

5. Approximate filing date: N/A    Dismissal date: _____

6. Reason for dismissal: N/A

(Attach additional pages as necessary to list cases.)

❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀ ❀

- Continue to next page -

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  (If there are facts which are not related to this same basic incident or issue, they **must be addressed in a separate civil rights complaint.)**

I inmate DC# 491313 H.C. Clanton, On April 30, 2012 I was on the bed getter ready for Master Count. Inmate DC# 155733 Jasmine that was to slap the shit out someone if she had to set up doing master-count DC# 155733 Jasmine jump of her bunk running around us I was 110 lower, she was in 110s upper. I grab her by the hair slaming her to the floor. The officer arrived putting in hand cuffs. Inside Romeo 1st in front of all inmates only to walk me into rest view slaming into me to the phones. before I could hit the floor my nose was breaking catching a kick in med air to the left side of my face. after that there were several followed after landing on my neck, arms, upper hip area, bore and sores from that betten he tol it will never be the same metaly, or health from these being kick to the bone. I still have the scores and it happen months ago. I'm the only one that has paid the price for that fight. Inmate #155783 Jasmine was released and transfored to a nother jail she had no injuries I've been in CMB almost a year. the officer in Lowell Correctional Institution have been very nisty to me. I've not been able to see a doctor even oven it happen. they into the but area I cant set but only so long the there pain. I'll take 2 pain pills and it dont help at all I will never understand why this happen. I wasn't trying to be bad, Jasmine started it, I just was person who got my nose broken. The officers on duties 4:00am 4:00pm wouldn't let up on me. They keep causing promblems They tryed cover up that night and the were not there. it was all male officer. At the time of the fight in the dom Romeo take place. unfortunate causing a disastus. a victim of my well being.

6

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.

Inmate M#121313 The fact is my nose was broken toki taken on the May 01, 2012, Ocala Regional medical Center 1431 SW 1st Ave, Ocala, Florida, phone 352 401-1000 Acc# 400592 523106. And the officer on dute the 30 day of April 2012 my life change. I could have lost my eye, at the hands of these cops being nasty and manhandleing me for know reson. I was in handcuffic. It was six officer. So what case. However I will never be the same. They have case health problems and I'm not getting any help.

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

I still have the sores and bores from that I would like my aneretime back my nose repaired I have seen a doctor oseen that nights the medical treatment something with my eye sight. I can say this is my life, and want my life back to have. I want the max for these injuries. I've started to shank seseine the kick to the head - millions they were wronge.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.

01 - 05, 2013
(Date)

_Diane McClendon_
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the __5__ day of __January__, 20__13__.

_Diane McClendon_
(Signature of Plaintiff)

Revised 2/12

7

III. <u>MARITAL STATUS</u>:
   1. Single ☒  Married ☐  Separated ☐  Divorced ☐
   2. If married, spouse's full name: _____N/A_____

IV. <u>DEPENDENTS</u>:
   1. Number: _____N/A_____
   2. Relationship to dependent(s): _____N/A_____
   3. How much money do you contribute to your dependents' support on a *monthly basis*?
      $ _N/A_

V. <u>EMPLOYMENT</u>: (Information provided below applies to your present employment or last employment).
   1. Name of employer: _____N/A_____
      a. address of employer: _____N/A_____
         (Street)

         _____N/A_____-_____
         (City)                                    (State)         (Zip)

      b. State how long affiant has been (was) employed by present (or last) employer?
         Years: _N/A_     Months: _N/A_
      c. Income:  Monthly $ _N/A_    or    Weekly: $ _N/A_
      d. What is (was) the affiant's job title? _____N/A_____
   2. If unemployed, date of last employment: _____N/A_____
   3. Is spouse employed? Yes ☐ No ☒  If so, name of employer: _____N/A_____

      a. Income:  Monthly $ _N/A_    or    Weekly: $ _N/A_
      b. What is spouse's job title? _____N/A_____
   4. Are you and/or your spouse receiving welfare aid? Yes ☐  No ☒
      If so, amount: Monthly $ _N/A_    or    Weekly $ _N/A_

VI. <u>FINANCIAL STATUS</u>:
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _____N/A_____

DC 101 (Rev. 1/97)                                                          Page 2

   b. Full address: __N/A__
                     (street)
                    __N/A__
       (City)                  (State)             (Zip)

   c. In whose name? __N/A__

   d. Estimated value:             $ __N/A__

   e. Total amount owed:         $ __N/A__

      Owed to: __N/A__ for $ __N/A__
                __N/A__ for $ __N/A__

   f. Annual income from property:   $ __N/A__

2. Other assets/property:

   a. Automobile: Make __N/A__ Model __N/A__
      In whose name registered: __N/A__
      Present value of car:          $ __N/A__
      Amount owed:                 $ __N/A__
      Owed to: __N/A__

   b. Total cash in banks, savings and loan associations, prisoner accounts, financial institutions, other repositories, or anywhere else:   $ __~$7. dollars__

   c. List monies received during the last twelve (12) months into your hands, into banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

      Business, profession, or other forms of
      self employment:               $ __N/A__

      Rent payments, interest, or dividends:   $ __N/A__
      Pensions, annuities, or life insurance payments   $ __N/A__
      Gifts or inheritances:             $ __N/A__
      Stocks, bonds, or notes:           $ __N/A__
      Other sources:                  $ __N/A__

3. Obligations:

   a. Monthly rental on house or apartment:   $ __N/A__
   b. Monthly mortgage payments on house:   $ __N/A__

United States District Court
Middle District of Florida
    Ocala, Division

Diane Jacquelyn McClendon
              Plaintiff
                  case No: 5:12-cv-657-OC-10PRL

vs

FNY Burgess et.al.
                  defendants

att to:
    United States Magistrate Judge
        Philip R. Lammens
    Sir,
        On the 30 day of April the officer's on dutie in houseing unit Romo 1 showed inappropriate staff conduct at Lowell Correctional Institution Annex 11120 N.W. Gainville Rd.
            Ocala, Florida        34482-1479
    There reprehensible fore the injurious inmate bc #449513 McClendon, recive to the body and head, face scors, bones still remain of injustice. Metality. I will never forget how I was manhandle fore no reson. I was handcuff inside Romo 1st only to be walk slam into the phones in the restrier. catch a kick to the left side of my face. I could have lost my eye. Physically I'm not the same. the glasses I wear are for reading only now I've got to wear them full time. everything, everyone is a blear with haveing them off. If I stand to fast, I've lost my balance.
        It feel's like I'm being pulled to the left of me. catching myself by standing an waitting until I'm not dissy anymore. Sometim I'm pulled down. anyway,

page 1st

Being light headed. I cant do my set up anymore my head, there this pressure it doesent feel normal. My ears have failed running from them both, my upper thigh are was given me so much pain the nurse said it could be a fractured. My KOPs are 600mg, for Gout it's very painful and it got greater then that pain my left shoulder had to be push back into place. And the pain that came from the upper arm hurt stop. I have a pitch nerve in my lower back if I try to lay on my back I start to loose feelings almost stoping movement in my legs and arms. I've got to roll over and it's not easy. My belly took a kick it swelling and it's hard for me 2 do one or two. restroom

    I cant sleep with my arms folded the feelings live. no can do any movement at all I've started shanking on my arm jumping It's hard for me to write, I'm 5 feet 3in 124 lb at the time. remind you the were six officer. All male. I paid the price fore some one prond. The inmates in Lomeo laugh at officer Burgess I'scared I've been beatten by any inmate. I new they were going to do theis I run to shos fore 60 days. I had to come back here there was no other place to do my cmi they tried to keep me at the Reception Center. I new I got back they were going to let someone jump on me. And she did. I tried The Good new in 30 days or less my appeal I recive my brief. on the case that brought me here. Never been to perison before never been away from my family never. My so Dyron L. Williams is thirty year's old been on his job 18 teen year and Do taxes the last 4 yrs part time for. Amsot in Tampa a manger at both jobs he has a little gril. Dynich.9 He my only son my favorite son very hard working man. I'm prond of him. My son. a wonderful son.

I love with all my heart.

page 2 #

Shelli K. McNeal

My daugther she work a USF. 28 yrs old. She just compelted the Class at HCC in Tampa. She has two little people. Jamila 11, and Jamil 2½ girl and boy. I very prond of her she been a relashionship with her son father 9½ years and still going stronger. My son-in-law Clinton. a warehouse worker. Shelli is my favorite daugther my only daugther I very prond of her. My daugther.

My grand daugther Jamila. is very smart a cuttie from day 1. I recive a letter from her. She said grand wear are you. I mis you so much I cant stop thinking about you. I cryed I've never been away always a tex or phone call away

my wonderful daugther, and grands.
I Aore with all my heart

And to think my life could have ended just like that

I like me and I love my family and great friends. Question: The reson why this case shouldnt be dismissed: Well I like me and I Love my family and friend but I truely Love Living I've got to belive I cant give up on the law. I do trust to belive the Law will do right by me. "justice will be served"
I'm not a bad person I just made bad choices.

B. I've got to have faith in the System. The officers step out of right to do wrong and it could have been my Life or eye gone. And why? It wasnt right what they did to me... Two handcuffs in the back of me what harm could I do.

Everyone has to pay the price for your choices. in Life. " justice will be done!"
Thank You!
"Happy New Year!"
inmate DC# 4an313 McClendon
On this 5 day of January 2013.

page 3

Inmate Diane Jacquelyn McClendon
DC# no 4an313
Lowell Correctional Institution Annex
11120 N.W. Gainelle Rd.
Ocala, Florida
34482-1429

Case no: 5:12-cv-657-OC-10PRL.